UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRADLEY D. WARNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-00096-JPH-CSW |
| ) | |
| LORRAINE RICHARDSON, ) | |
| MARY DAVIS, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58**

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** against Plaintiff and in favor of Defendants such that Plaintiff shall take nothing by way of his Complaint.

**SO ORDERED.**

Date: 9/30/2025

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: *Carina Weed*
Deputy Clerk, U.S. District Court

Distribution:

BRADLEY D. WARNER
PO Box 194
Noblesville, IN 46061

All electronically registered counsel